FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH
APR 14 [illegible]
GARY P. SERDAR
CLERK OF COURT
BY ______ DEPUTY CLERK

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4266
brady.wilson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYES ROJO-BURGOS,<br><br>Defendant. | <u>INDICTMENT</u><br><br><u>COUNT 1</u>: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (>500 grams);<br><br><u>COUNT 2</u>: 8 U.S.C. § 1326, Reentry of a Previously Removed Alien.<br><br>Case: 4:26-cr-00034<br>Assigned To : Allen, Ann Marie McIff<br>Assign. Date : 4/14/2026<br>Description: USA v. |

The Grand Jury charges:

<u>COUNT 1</u>
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about February 20, 2026, in the District of Utah,

REYES ROJO-BURGOS,

defendant herein, did knowingly and intentionally possess with intent to distribute five

hundred (500) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

<u>COUNT 2</u>
8 U.S.C. § 1326
(Reentry of a Previously Removed Alien)

On or about February 20, 2026, in the District of Utah,

REYES ROJO-BURGOS,

defendant herein, an alien who on or about July 12, 2011, May 22, 2014, May 29, 2018, and December 30, 2021, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having

///

///

///

///

///

not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

BRADY WILSON
Assistant United States Attorney